IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FT SMITH DIVISION

IN RE: RE:    BRIAN R. FOSTER                          08-75126
                                                        CHAPTER 7


R. SHAYNE CONINE                                       PLAINTIFF


Adversary Proceedings no 2:09-ap-07076


BRIAN R. FOSTER                                       `DEFENDANT


ORDER ON MOTION TO DISQUALIFY ATTORNEY

COMES NOW ON this 2nd day of September, 2009, for hearing before the Court, Creditor R. Shayne Conine's Motion to Disqualify Attorney and Defendant's/Debtor's Response, with Charles S. Embry, Jr. appearing on behalf of R. Shayne Conine, with N. Donald Jenkins, Jr. appearing on behalf of the Defendant/Debtor, and with Defendant/Debtor Brian R. Foster appearing not. Based on the pleadings herein, the testimony and evidence presented and other matters before this Court, the Court doth find.:

1.    This court has jurisdiction over the parties hereto and the matters before the Court.

2.    The Court hereby incorporates its findings of fact and conclusions of law under Federal Rule of Bankruptcy Procedure 7052 as stated by the Court at the conclusion of trial that Creditor, R. Shayne Conine Motion to Disqualify Attorney is granted and finds that N. Donald Jenkins, Jr. is hereby disqualified

from further representation as attorney for Brian R. Foster in the United States Bankruptcy Court, Western Division of Arkansas, Ft. Smith Division, Case no. 2:08-bk-75126 and also, is hereby disqualified from further representation as attorney for Brian R. Foster in the United States Bankruptcy Court, Western Division of Arkansas, Ft. Smith Division, Case no. 2:09-ap-07076.

IT IS THEREFORE, BY THIS COURT, CONSIDERED, ORDERED, ADJUDGED AND DECREED that Creditor, R. Shayne Conine's Motion to Disqualify Attorney is granted.

IT IS FURTHER ORDERED that N. Donald Jenkins, Jr. is hereby disqualified from further representation as attorney for Brian R. Foster in the United States Bankruptcy Court, Western Division of Arkansas, Ft. Smith Division, Case no. 2:08-bk-75126 and also, is hereby disqualified from further representation as attorney for Brian R. Foster in the United States Bankruptcy Court, Western Division of Arkansas, Ft. Smith Division, Case no. 2:09-ap-07076.

_____
Honorable Judge Ben T. Barry
United States Bankruptcy Judge

Dated: ___September 21, 2009_____

Charles. S. Embry, Jr.
Attorney for Plaintiff/Creditor
1920 Main, Ste. 104
N. Little Rock, Ar. 72114

U.S. Trustee
Office of the U. S. Trustee
200 W. Capitol, STE. 1200
Little Rock, Ar. 72201

EOD  9/21/2009
by L Schacherbauer

2

R. Ray Fulmer II
Chapter 7 Trustee
P.O. Box 185
Ft. Smith, Ar. 72902-0185


Brian R. Foster
Debtor
714 W. College Ave.
Jonesboro, Ar. 72921

Brian R. Foster
Debtor
1209 Hwy 71 North.
Alma, Ar. 72921

N. Donald Jenkins, Jr.
 P.O. BOX 1525,
Alma, Ar. 72921-1525